ct95                                                                                                                                                       11/2024

# United States Bankruptcy Court
# District of Connecticut



In re:

    Kathleen  Anne Rabon

    Debtor*

Case Number: 25-20100

Chapter: 13

## NOTICE OF DEADLINE(S) TO CURE
## FILING DEFICIENCY TO AVOID DISMISSAL OF CASE

**NOTICE IS HEREBY GIVEN THAT** the above debtor filed a Voluntary Petition on January 30, 2025. Pursuant to the applicable provisions of the United States Bankruptcy Code, the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, and the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the District of Connecticut, the Clerk has noted the Voluntary Petition and/or Schedules and Statements deficiencies listed below.

**PLEASE REVIEW THE FOLLOWING LIST OF DEFICIENCIES CAREFULLY.  FAILURE TO  TIMELY CURE  THE  DEFICIENCY MAY  RESULT  IN  THE  DISMISSAL  OF  YOUR  CASE WITHOUT FURTHER NOTICE.**

### DEFICIENCIES THAT MUST BE CURED WITHIN FOURTEEN (14) DAYS
### AFTER THE DATE THE VOLUNTARY PETITION WAS FILED

**SCHEDULES**

The following Schedules are required to be filed by the debtor(s) in accordance with Fed. R. Bankr. P. 1007(b) and (c) and were not filed with the Voluntary Petition. The debtor(s) is **directed** to file the missing Schedule(s) **no later than fourteen (14) days** after the date the Voluntary Petition was filed, or the case may be dismissed without further notice:

Summary of Schedules
(Official Form B 106sum)

Schedule A/B  - Real and Property
(Official Form B 106A/B)

Schedule C − Property Claimed as Exempt
(Official Form B 106C)

Schedule D − Creditors Holding Secured Claims
(Official Form B 106D)

Schedule E/F − Creditors Holding Unsecured Claims
(Official Form B 106E/F)

Schedule G − Executory Contracts and Unexpired Leases
(Official Form B 106G)

Schedule H − Codebtors
(Official Form B 106H)

Schedule I − Current Income of Individual Debtor(s)
(Official Form B 106I)

Schedule J − Current Expenditures of Individual Debtor(s)
(Official Form B 106J)

Declaration Concerning Debtor's Schedules
(Official Form B 106Dec)

### **STATEMENT OF FINANCIAL AFFAIRS**

The Statement of Financial Affairs was not filed with the Voluntary Petition. *See*, Fed. R. Bankr. P. 1007(b) and (c).

The debtor(s) is **directed** to file the Statement of Financial Affairs using Official Form B 107 with all required signature(s) **no later than fourteen (14) days** after the date the Voluntary Petition was filed, or the case may be dismissed without further notice.

### **CHAPTER 13 MEANS TEST**

The Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income was not filed with the Voluntary Petition. See, Fed. R. Bankr. P. 1007(b)(6) and (c)

The debtor(s) is **directed** to file the Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income using Official Form 122C dated 10/19 **no later than fourteen (14) days** after the date the Voluntary Petition was filed, or the case may be dismissed without further notice.

### **CHAPTER 13 PLAN**

The Chapter 13 Plan was not filed with the Voluntary Petition. *See*, Fed. R. Bankr. P. 3015(b).

The debtor(s) is directed to file a signed and dated Chapter 13 Plan using the Local Form dated 01/04/2019 **no later than fourteen (14) days** after the date the Voluntary Petition was filed, or the case may be dismissed without further notice.

**YOU ARE FURTHER NOTIFIED**, failure to cure the above deficiencies on or before the deadline indicated under the deficiency may result in the **DISMISSAL** of your case **without further notice**.

Official Bankruptcy Forms are available on our website www.ctb.uscourts.gov

Date: January 30, 2025

                                                           Pietro Cicolini
                                                           Clerk of Court