**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ------------------------------------------------- : | |
| In the Matter of : | Chapter 13 |
| : | |
| Kathleen Anne Rabon : | Case No.: 25-20100 |
| : | |
| Debtor : | February 3, 2025 |
| ------------------------------------------------- : | |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that the undersigned hereby enters an appearance for, **Berkshire Bank** a party-in-interest herein and creditor of the Debtor, Kathleen Anne Rabon, and pursuant to Bankruptcy Rules 2002 and 9007, and Section 1109(b) of the Bankruptcy Code, demands that all notices given or required to be given be served upon the undersigned at the office, address and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE, that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail delivery telephone, telegraph telex or otherwise, which affects the Debtor or the property of the Debtor.

Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103



Phone 860.522.6103
Fax 860.548.0006
Juris No. 26105

28115\0066\9516021.v1

Dated: Hartford, Connecticut
February 3, 2025

                BERKSHIRE BANK

            By /s/ Peter J. Royer (ct27774)
               Peter J. Royer
               HALLORAN & SAGE LLP
               225 Asylum Street
               Hartford, Connecticut 06103
               Telephone:  (860) 522-6103
               E-mail:  royer@halloransage.com

## **CERTIFICATION**

     I hereby certify that on February 3, 2025, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system will be sent by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

            /s/ Peter J. Royer (ct27774)
            Peter J. Royer
            HALLORAN & SAGE LLP
            225 Asylum Street
            Hartford, Connecticut 06103
            Telephone:  (860) 522-6103
            E-mail:  royer@halloransage.com